IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| PATCO ENERGY EXPRESS, LLC, | ) | |
| PATCO ENERGY EXPRESS II, LLC, and | ) | |
| PATCO ENERGY EXPRESS III, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 2:09-cv-00004-LGW-JEG |
| v. | ) | |
| | ) | |
| MICHAEL G. LAMBROS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' OPPOSITION TO
## MOTION TO SUPPLEMENT RECORD

IN SUPPORT of his motion for Rule 11, *Fed.R.Civ.P.* sanctions, Lambros seeks to enter into evidence a twenty-year-old felony conviction of one of Plaintiffs' three lawyers in the case which Lambros contends supports his Rule 11 claim. The Lambros idea seems to be that once a person has been convicted of a felony, they are shown to have no morals and cannot be believed about anything, sort of a *per se* Rule 11 violation on whatever they file.

In the twenty years since that conviction, Mr. Rutledge has been readmitted to the Alabama Supreme Court, the United States District Courts for the Northern and Middle Districts of Alabama, the United States Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States. Those courts clearly

took a different and more reliable position on Mr. Rutledge's character than Lambros.

Even if Mr. Rutledge was a party instead of counsel, Rules 404(b) and 609 of the *Federal Rules of Evidence* would prohibit introduction of evidence of this conviction.

Moreover, it is irrelevant as there is compliance with Rule 11 or not based on the facts and the law of the case, not Mr. Rutledge's character or lack thereof.

Respectfully submitted this the 11th day of May, 2010.

        /s/ *Gregory F. Yaghmai*
        GREGORY F. YAGHMAI
        Attorney for Plaintiffs
        AL Bar No.: ASB-2411-h67g

OF COUNSEL:

RUTLEDGE & YAGHMAI
3800 Colonnade Parkway
Suite 490
Birmingham, AL 35243-2301
T:  205/969-2868
F:  205/969-2862
williamerutledge@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2010, the foregoing pleading was filed electronically using the CM/ECF system automatically serving the following attorneys of record via e-mail:

| | |
|---|---|
| Johannes S. Kingma, Esq. | Kenneth B. Hodges, III, Esq. |
| John C. Rogers, Esq. | Amy J. McCullough, Esq. |
| Carlock, Copeland & Stair, LLP | Baudino Law Group, PLC |
| 2600 Marquis Two Tower | 400 Colony Square, Suite 2020 |
| 285 Peachtree Center Avenue | 1201 Peachtree Street NE |
| Atlanta, GA 30303 | Atlanta, GA 30361 |
| | |
| Steven E. Scheer, Esq. | R. Flay Cabiness, II, Esq. |
| Steven E. Scheer, P.C. | 2225 Gloucester Street |
| 8 E. Liberty Street | Brunswick, GA 31520 |
| P. O. Box 11047 | |
| Savannah, GA 31412 | |

/s/ *Gregory F. Yaghmai*
GREGORY F. YAGHMAI